■ In the Matter of JAMES McDANIEL, Appellant, v VICTOR T. HERBERT, as Superintendent of Collins Correctional Facility, et al., Respondents. [676 NYS2d 390] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly

dismissed the petition seeking recalculation of petitioner's legal confinement dates. This proceeding is barred by res judicata (*see, Davie v Dwyer,* 155 AD2d 921). (Appeal from Judgment of Supreme Court, Erie County, Mintz, J.—CPLR art 78.) Present—Pine, J. P., Hayes, Pigott, Jr., Balio and Fallon, JJ.